**McELVEEN-HUNTER v. FOUNTAIN MANOR ASSOC.**

[328 N.C. 84 (1991)]

MARY BONNEAU (BONNIE) McELVEEN-HUNTER v. FOUNTAIN MANOR ASSOCIATION, INC.

No. 143PA90

(Filed 10 January 1991)

ON discretionary review of the decision of the Court of Appeals, 96 N.C. App. 627, 386 S.E.2d 435 (1989), reversing a judgment entered by *Cornelius, J.,* on 16 June 1988 after hearing at the 16 May 1988 Civil Session of Superior Court, GUILFORD County. Heard in the Supreme Court 10 December 1990.

*Osteen & Adams, by William L. Osteen, Sr., for plaintiff-appellant.*

*Nichols, Caffrey, Hill, Evans & Murrelle, by Charles E. Nichols and Everett B. Saslow, Jr., for defendant-appellee.*

PER CURIAM.

Affirmed.

Chief Justice EXUM did not participate in the consideration or decision of this case.